302 U.S. 765
 58 S.Ct. 476
 82 L.Ed. 594
 ALMOURS SECURITIES, Inc., petitioner,
v.
COMMISSIONER OF INTERNAL REVENUE.*
 No. 613.
 Supreme Court of the United States
 January 10, 1938
 
 Messrs. Warren W. Grimes, of Washington, D. C., and Henry P. Adair, of Jacksonville, Fla., for petitioner.
 
 
 1
 For opinion below, see 91 F.2d 427.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 
 *
 Rehearing denied 303 U.S. 666, 58 S.Ct. 525, 82 L.Ed. ——.